# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHANNA HUDNALL, JULIA JARRELL, and JAMIE SEXTON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, SILVER STATE INDUSTRIES, *et al.*,<br><br>　　　　　　　Defendants. | 2:16-cv-00296-RFB-VCF<br>**ORDER** |

　　　Before the Court is Plaintiffs' Motion to Enlarge Time to Complete Discovery and Extend Dates for Other Required and Discretionary Acts Following the Close of Discovery (ECF No. 14).

　　　The Motion to Dismiss was filed on March 11, 2016. (ECF No. 6). The discovery plan and scheduling order was approved on April 20, 2016. (ECF No. 11). Discovery ends on September 7, 2016.

　　　Plaintiffs now seek to extend discovery deadlines but no actual dates are requested because Defendants' Motion to Dismiss (ECF No. 6) is pending. Defendants filed a non-opposition to the instant motion. (ECF No. 15).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiffs' Motion to Enlarge Time to Complete Discovery and Extend Dates for Other Required and Discretionary Acts Following the Close of Discovery (ECF No. 14) is GRANTED.

　　　IT IS FURTHER ORDERED that discovery is stayed. The parties must file a new proposed discovery plan and scheduling order fourteen days after the Court's decision on the motion to dismiss (ECF No. 6) or by January 18, 2017, whichever comes first. If the motion to dismiss (ECF No. 6) is still

///

1  pending, the parties may file a motion or stipulation to extend discovery deadlines after January 4, 2017.

2  DATED this 18th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE